May 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BILLIE LEON STRINGHAM, Appellant

NO. 14-11-01021-CV                    V.

CHASE HOME FINANCE, LLC, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 27, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by BILLIE LEON STRINGHAM.

We further order this decision certified below for observance.